IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON CLARK ROWE**                                                                                         **PLAINTIFF**

v.                                    CASE NO.  4:19-CV-00618-BSM

**BRADLEY STEVENS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Brandon Rowe's claims against John Sullivan are dismissed without prejudice for failure to provide notice of service.  Doc. No. 14.

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE