IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON CLARK ROWE**                                                    **PLAINTIFF**

v.                **CASE NO. 4:19-CV-00618-BSM**

**BRADLEY STEVENS, individually**
**and in his official capacity**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of June, 2021.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE